

**Signed: October 26, 2009**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | Prober & Raphael, |
| 2 | A Law Corporation |
| | Dean Prober, Esquire, #106207 |
| 3 | Lee S. Raphael, Esquire, #180030 |
| | Cassandra J. Richey, Esquire #155721 |
| 4 | David F. Makkabi, Esquire #249825 |
| | P.O. Box 4365 |
| 5 | Woodland Hills, CA 91365-4365 |
| 6 | (818) 227-0100 |
| | Attorneys for Secured Creditor |
| 7 | U.S. Bank, N.A. successor in interest to |
| | the Federal Deposit Insurance |
| 8 | Corporation as receiver for Downey |
| | Savings and Loan Association, F.A. |
| 9 | F.040-753 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                      ) Bk. No. 09-46712
JAMES LEE GREN,                            )
                                           ) CHAPTER 7
         Debtor.                           )
                                           ) R.S. No. DRP – 572
                                           )
                                           ) ORDER FOR RELIEF FROM
                                           ) <u>AUTOMATIC STAY</u>
                                           )
                                           ) Hearing-
                                           ) Date : October 14, 2009
                                           ) Time : 11:00 a.m.
                                           ) Place :  U.S. Bankruptcy Court
                                           )          1300 Clay Street, 2nd Floor
_____        )          Oakland, CA
                                           )          Courtroom 201

      The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, came on for hearing on October

-1-

14, 2009 at 11:00 a.m., before the Honorable Leslie J. Tchaikovsky. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **4659 Apple Tree Common, Livermore, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | James Lee Gren<br>4659 Apple Tree Common<br>Livermore, CA 94551 |
| 4 | Debtor |
| 5 | |
| 6 | C. Randall Bupp, Esquire<br>Bardellini, Straw and Cavin |
| 7 | 2000 Crow Canyon Place, #330<br>San Ramon, CA 94583 |
| 8 | Attorney for Debtor |
| 9 | Lois I. Brady<br>P. O. Box 12754 |
| 10 | Oakland, CA 94604<br>Chapter 7 Trustee |
| 11 | |
| 12 | U.S. Trustee<br>1301 Clay Street, Room 690N |
| 13 | Oakland, CA 94612-5202 |
| 14 | Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100 |
| 15 | Woodland Hills, California 91364 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-3-